| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| STEVEN A. SCHWABER 43678<br>Law Offices of Steven A. Schwaber<br>2600 Mission Street Suite 100<br>San Marino, CA 91108<br>Tele: (626) 403-5600 Fax: (626) 403-4991<br><br>☑ Attorney for | |

<div align="center">

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

</div>

| In re<br>Prestholt, David Anthony | CASE NO.: LA 09-11891 ER |
|---|---|
| | CHAPTER: 7 |
| Debtor(s). | ADV. NO.: |

<div align="center">

### ELECTRONIC FILING DECLARATION
(INDIVIDUAL)

</div>

☑ Petition, statement of affairs, schedules or lists          Date Filed: **March 25, 2009**

☐ Amendments to the petition, statement of affairs, schedules or lists          Date Filed: _____

☐ Other: ................................................................................          Date Filed: _____

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a Statement of Social Security Number(s) (Form B21) and provided the executed original to my attorney.

_____          **March 24, 2009**
Signature of Signing Party                                                       Date

**David Anthony Prestholt**
Printed Name of Signing Party

_____          _____
Signature of Joint Debtor (if applicable)                          Date

_____
Printed Name of Joint Debtor (if applicable)

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

_____          **March 24, 2009**
Signature of Attorney for Signing Party                          Date

**STEVEN A. SCHWABER**
Printed Name of Attorney for Signing Party

---

<div align="center">

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

</div>

November 2006

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

2.  (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California      _/s/ David Anthony Prestholt_ _____

                                                                                          Debtor

Dated: **March 24, 2009** _____     _____

                                                                                    Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Name: **Law Offices of Steven A. Schwaber**

Address: **2600 Mission Street Suite 100**

**San Marino, CA  91108**

Telephone: **(626) 403-5600**          Fax: **(626) 403-4691**

☑ Attorney for Debtor

☐ Debtor in Pro Per

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| List all names including trade names, used by Debtor(s) within last 8 years:<br>**Prestholt, David Anthony** | Case No.:<br>**LA 09-11891 ER** |
| | **NOTICE OF**<br>**AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

1. **Services Available from Credit Counseling Agencies**

   **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

   **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

2. **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

   **Chapter 7:** Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

   1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.  **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed Name and title, if any, of Bankruptcy Petition Preparer Address: | Social Security number (if the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Presholt, David Anthony**
Printed Name(s) of Debtor(s)

Case No. (If known) **LA 09-11891 ER**

X */s/ David Anthony Prestholt*                          **3/24/09**
Signature of Debtor                                              Date

X _____
Signature of Joint Debtor (if any)                        Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Central District of California

**IN RE:**  Case No. __LA 09-11891 ER__

**Prestholt, David Anthony**  Chapter **7**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 1,800,000.00 | | |
| B - Personal Property | Yes | 5 | $ 874,033.67 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 1,013,764.20 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $ 50,218.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $ 782,301.37 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 16,544.76 |
| TOTAL | | 25 | $ 2,674,033.67 | $ 1,846,283.57 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Central District of California

**IN RE:**                                                   Case No. **LA 09-11891 ER**

**Prestholt, David Anthony**                                 Chapter **7**

Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Prestholt, David Anthony  Case No. **LA 09-11891 ER**

<div align="center">Debtor(s)         (If known)</div>

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1538 E. California Boulevard Pasadena, California 91106** | | J | **1,800,000.00** | **1,013,764.20** |
| | | TOTAL | **1,800,000.00** | |

<div align="right">(Report also on Summary of Schedules)</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Prestholt, David Anthony**                                        Case No. **LA 09-11891 ER**

                          Debtor(s)                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citibank**<br>**P.O. Box 769007**<br>**San Antonio, TX 78245**<br>**(888) 248-4465**<br>**Acct. No.: 40040944270** | H | 34.96 |
| | | **Citibank**<br>**P.O. Box 26892**<br>**San Francisco, Ca. 94126-6892**<br>**(877) 528-0990**<br>**Acct. No.: 202288825** | H | 185.94 |
| | | **Citibank**<br>**P.O. Box 26892**<br>**San Francisco, Ca. 94126-6892**<br>**(877) 528-0990**<br>**Acct No.: 202288833** | H | 0.00 |
| | | **First Regional Bank**<br>**1801 Century Park East**<br>**Century City, Ca. 90067**<br>**(310) 552-1776** | H | 0.00 |
| | | **Merrill Lynch**<br>**The Art Team**<br>**9560 Wilshire Blvd., 3rd**<br>**Beverly Hills, Ca. 90212**<br>**(800) 967-8813**<br>**Acct. No.: 210-11545** | J | 2,842.77 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | One Allen Heath GL 2200 mixing board.   Not appraised, value is estimated based on age and condition. | | 750.00 |
| | | One bedroom set consisting of a wood end table, a wood framed mirror and a wood armoire.  Not appraised, value is estimated based on age and condition. | | 550.00 |
| | | One Ingersoll Rand air compressor.   Not appraised, value is estimated based on age and condition. | | 750.00 |
| | | One set of  Mackie-Loud SRM450 stereo hi-fi speakers (5).  Not appraised, value is estimated based on age and condition. | | 2,000.00 |
| | | Ordinary and usual furniture, furnishings and household items; not appraised, value is estimated; no single item over $525 in estimated value.  Items over this amount are itemized separately | | 7,650.00 |

IN RE **Prestholt, David Anthony**                                    Case No. **LA 09-11891 ER**
_____
Debtor(s)                                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | in this category. | | |
| | | Schaffer & Sons Grand Player Piano & Bench.   Not appraised, value is estimated based on age and condition. | | 1,500.00 |
| | | Speakers - Mackie SRM 450 Loud (3) | C | 1,200.00 |
| | | Television - Sanyo 42 inch Plasma Flat Screen | C | unknown |
| | | Viking Outdoor Grill | C | unknown |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Bronze Sculpture set depicting Monkeys.   Not appraised, value is estimated based on age and condition. | | 1,000.00 |
| | | Collection of 300 audio CD discs.  Value is for entiree collection and is  not appraised, value is estimated based on age and condition. | | 600.00 |
| | | Collection of 300 audio record albums.  Value is for entire collection, and is not appraised, value is estimated based on age and condition. | | 600.00 |
| | | Japanese Rice Screend depicting an Asian village (2)   Not appraised, value is estimated based on age and condition. | | 800.00 |
| | | Large wood carving of the head of Buddha.   Not appraised, value is estimated based on age and condition. | | 1,100.00 |
| | | Ordinary and usual accumulation of household music and reading materials; not appraised, value is estimated, no single item over $525 in value.  Any items in this category over this value are itemized separately.  These items are not appraised, value is estimated based on age and condition. | | 3,760.00 |
| | | Prints depicting Japanese Kabuki Dancers (2).  Not appraised, value is estimated based on age and condition. | | 1,000.00 |
| | | Prints depicting Japanese Samurai warriors (2).   Not appraised, value is estimated based on age and condition. | | 1,000.00 |
| 6.  Wearing apparel. | | Ordinary and usual clothing and personal effects;  no unusual items;  not appraised, value is estimated, no single item over $525 in value. | | 1,400.00 |
| 7.  Furs and jewelry. | | One TAG wrist watch;  three gold plated pocket watches, possibly antique;  one 14k gold wedding band;  two sterling silver cigarette cases, possibly antique;  miscellaneous generic costume jewelry and wrist watches.   Not appraised, value is estimated based on age and condition. | | 700.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Miscellaneous sports related equipment, no single item over $525 in value.   Not appraised, value is estimated based on age and condition.  Items in excess of this value are itemized separately. | | 2,700.00 |
| | | Multi-Gym | C | 750.00 |
| | | One gun safe.   Not appraised, value is estimated based on age and condition. | | 700.00 |
| | | One multi-gym.   Not appraised, value is estimated based on age and condition. | | 750.00 |
| | | One parachute.   Not appraised, value is estimated based on age and condition. | | 800.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Prestholt, David Anthony**                                    Case No. **LA 09-11891 ER**
                    Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **Parachute** | **C** | **800.00** |
| | | **Safe - Gun** | **C** | **700.00** |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Prestholt, David Anthony         Case No. **LA 09-11891 ER**

<div style="text-align:center">Debtor(s)                               (If known)</div>

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1992 Dodge Caravan**<br>**VIN: 1B4GH54R7NX339833**<br>**VLN: 5FSF276**<br>**Value taken from kbb.com** | C | 2,215.00 |
| | | **2000 Ford Excursion**<br>**VIN: 1FMNU4054YEE15089**<br>**VLN: 4MOW741** | C | 7,000.00 |
| | | **Not included is representation of the debtor in any contested matters or adversary proceedings as these terms are used in the Central District of California Local Bankruptcy Rules.Not included is representation of the debtor in any contested matters or adversary proceedings as these terms are used in the Central District of California Local Bankruptcy Rules** | | |
| | | **2001 Lexus SL 430, in possession of former spouse, no information available** | C | 25,000.00 |
| | | **2007 Lexus GX 470, possession of former spouse, no information available.** | C | 40,000.00 |
| | | **Tires - used - for Ford Excursion - (3)** | C | 50.00 |
| 26. Boats, motors, and accessories. | | **1957 Chris Craft Pleasure Boat**<br>**Hull No.: SA19047** | H | 3,000.00 |
| | | **1979 Cobra Boat Carrier**<br>**VIN: 1872979**<br>**VLN: P23787** | H | 500.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **1 Canon DR9080C scanner.  Not appraised, value is estimated based on age and condition.** | | 5,000.00 |
| | | **Miscellaneous office equipment used in law practice and consulting business.  No single item over $525 in value.  Items in excess of this value are itemized separately.  Not appraised, value is estimated based on age and condition.** | | 3,100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Dog - Golden Retriever - Female - 2 1/2 yrs. old** | H | 1,500.00 |
| | | **One parakeet with cage and accessories.  Not appraised, value is estimated based on age and condition.** | | 45.00 |

**IN RE** Prestholt, David Anthony            Case No. **LA 09-11891 ER**

          Debtor(s)                                                 (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **This represents fees for personal services rendered prepetition by, and due to, Debtor from a prepetition consulting agreement with 21st Century Insurance Company, 6301 Owensmouth, Suite 700, Woodland Hills, Ca. 91367. These funds are presently being held by David Ray as receiver in the Fidone v. Prestholt case.** <br><br> **Debtor asserts that the services remaining to be performed under this agreement are postpetition services, the compensation for which is thus at least in part not property of the estate.** <br><br> **The contract has ten years left to go. This information is provided in this schedule as a precaution for the sake of completeness and openess; Debtor does not admit that postpetition earnings under this agreement are an asset this estate, and reserves the right to contest any proposed administration of these payments earned after the filing of the petition herein.** | **H** | **750,000.00** |
| | | | **TOTAL** | **874,033.67** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Prestholt, David Anthony**                                                    Case No. **LA 09-11891 ER**

                              Debtor(s)                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                              ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **1538 E. California Boulevard Pasadena, California 91106** | **CCCP § 704.730(a)(1)** | **50,000.00** | **1,800,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **One Allen Heath GL 2200 mixing board. Not appraised, value is estimated based on age and condition.** | **CCCP § 704.020** | **750.00** | **750.00** |
| **One bedroom set consisting of a wood end table, a wood framed mirror and a wood armoire. Not appraised, value is estimated based on age and condition.** | **CCCP § 704.020** | **550.00** | **550.00** |
| **One set of Mackie-Loud SRM450 stereo hi-fi speakers (5). Not appraised, value is estimated based on age and condition.** | **CCCP § 704.020** | **2,000.00** | **2,000.00** |
| **Ordinary and usual furniture, furnishings and household items; not appraised, value is estimated; no single item over $525 in estimated value. Items over this amount are itemized separately in this category.** | **CCCP § 704.020** | **7,650.00** | **7,650.00** |
| **Schaffer & Sons Grand Player Piano & Bench. Not appraised, value is estimated based on age and condition.** | **CCCP § 704.020** | **1,500.00** | **1,500.00** |
| **Speakers - Mackie SRM 450 Loud (3)** | **CCCP § 704.020** | **1,200.00** | **1,200.00** |
| **Bronze Sculpture set depicting Monkeys. Not appraised, value is estimated based on age and condition.** | **CCCP § 704.020** | **1,000.00** | **1,000.00** |
| **Collection of 300 audio CD discs. Value is for entiree collection and is not appraised, value is estimated based on age and condition.** | **CCCP § 704.020** | **600.00** | **600.00** |
| **Collection of 300 audio record albums. Value is for entire collection, and is not appraised, value is estimated based on age and condition.** | **CCCP § 704.020** | **600.00** | **600.00** |
| **Japanese Rice Screend depicting an Asian village (2) Not appraised, value is estimated based on age and condition.** | **CCCP § 704.020** | **800.00** | **800.00** |
| **Large wood carving of the head of Buddha. Not appraised, value is estimated based on age and condition.** | **CCCP § 704.020** | **1,100.00** | **1,100.00** |
| **Ordinary and usual accumulation of household music and reading materials; not appraised, value is estimated, no single item over $525 in value. Any items in this category over this value are itemized separately. These items are not appraised, value is estimated based on age and condition.** | **CCCP § 704.020** | **2,760.00** | **3,760.00** |
| **Prints depicting Japanese Kabuki Dancers (2). Not appraised, value is estimated based on age and condition.** | **CCCP § 704.020** | **1,000.00** | **1,000.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Prestholt, David Anthony**        Case No. **LA 09-11891 ER**

          Debtor(s)                                     (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Prints depicting Japanese Samurai warriors (2).   Not appraised, value is estimated based on age and condition.** | **CCCP § 704.020** | **1,000.00** | **1,000.00** |
| **Ordinary and usual clothing and personal effects;  no unusual items;  not appraised, value is estimated, no single item over $525 in value.** | **CCCP § 704.020** | **1,400.00** | **1,400.00** |
| **One TAG wrist watch;  three gold plated pocket watches, possibly antique;  one 14k gold wedding band;  two sterling silver cigarette cases, possibly antique;  miscellaneous generic costume jewelry and wrist watches.   Not appraised, value is estimated based on age and condition.** | **CCCP § 704.040** | **700.00** | **700.00** |
| **Miscellaneous sports related equipment, no single item over $525 in value.   Not appraised, value is estimated based on age and condition.  Items in excess of this value are itemized separately.** | **CCCP § 704.020** | **2,700.00** | **2,700.00** |
| **Multi-Gym** | **CCCP § 704.020** | **750.00** | **750.00** |
| **One gun safe.   Not appraised, value is estimated based on age and condition.** | **CCCP § 704.020** | **700.00** | **700.00** |
| **One multi-gym.   Not appraised, value is estimated based on age and condition.** | **CCCP § 704.020** | **750.00** | **750.00** |
| **One parachute.   Not appraised, value is estimated based on age and condition.** | **CCCP § 704.020** | **800.00** | **800.00** |
| **Parachute** | **CCCP § 704.020** | **800.00** | **800.00** |
| **Safe - Gun** | **CCCP § 704.020** | **700.00** | **700.00** |
| **1992 Dodge Caravan VIN: 1B4GH54R7NX339833 VLN: 5FSF276 Value taken from kbb.com** | **CCCP § 704.010** | **2,215.00** | **2,215.00** |
| **Tires - used - for Ford Excursion - (3)** | **CCCP § 704.020** | **50.00** | **50.00** |
| **1 Canon DR9080C scanner.   Not appraised, value is estimated based on age and condition.** | **CCCP § 704.060(a)(1)** | **2,975.00** | **5,000.00** |
| **Miscellaneous office equipment used in law practice and consulting business.  No single item over $525 in value.  Items in excess of this value are itemized separately.   Not appraised, value is estimated based on age and condition.** | **CCCP § 704.060(a)(1)** | **3,100.00** | **3,100.00** |
| **Dog - Golden Retriever - Female - 2 1/2 yrs. old** | **CCCP § 704.020** | **1,500.00** | **1,500.00** |
| **One parakeet with cage and accessories. Not appraised, value is estimated based on age and condition.** | **CCCP § 704.020** | **45.00** | **45.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Prestholt, David Anthony                                 Case No. **LA 09-11891 ER**
_____                    _____
Debtor(s)                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7476**<br><br>**Donald P. Schweitzer**<br>**Law Office Of Donald P. Schweitzer**<br>**210 S. Lake Ave., Suite 700**<br>**Pasadena, CA  91101** | | C | **Deed of Trust and Assigment of Rents filed 12/03/08**<br>**Trust Deed recorded 01/20/09**<br><br>VALUE $ **1,800,000.00** | | | | **33,443.35** | |
| ACCOUNT NO. **4738**<br><br>**Frederic J. Greenblatt**<br>**Greenblatt & Associates**<br>**22151 Ventura Blvd., Suite 200**<br>**Woodland Hills, CA  91364** | | C | **Writ of Execution (Money Judgment) issued 09/03/2008**<br>**$58.94 daily interest from date of writ.**<br><br>VALUE $ **1,800,000.00** | | | | **215,159.60** | |
| ACCOUNT NO. **0030**<br><br>**Los Angeles County Tax Collector**<br>**P.O. Box 54018**<br>**Los Angeles, CA  90054** | | | **2008 Default Year Redemption Amount as of 12/01/2008**<br>**$183.69 monthly penalty**<br><br>VALUE $ **1,800,000.00** | | | | **14,598.28** | |
| ACCOUNT NO. **0030**<br><br>**Los Angeles County Tax Collector**<br>**P.O. Box 54018**<br>**Los Angeles, CA  90054** | | C | **12/10/2008 Installment**<br><br>VALUE $ **1,800,000.00** | | | | **6,927.97** | |

_____ **1** continuation sheets attached

Subtotal
(Total of this page)   $ **270,129.20**   $

Total
(Use only on last page)   $                       $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE **Prestholt, David Anthony**                                          Case No. **LA 09-11891 ER**
_____                    _____
                    Debtor(s)                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0732** <br><br> **Ryans Hardwood Flooring** <br> **2705 Carnegie Lane** <br> **Redondo Beach, CA  90278** | C | | **Serivce date: 11/07** <br> **California Mechanics Lien filed 03/07/08** <br> **Recorders Office, Los Angeles County, California** <br> **1722490 200803070030047 Counter** <br><br> VALUE $ **1,800,000.00** | | | | **32,635.00** | |
| ACCOUNT NO. **4486** <br><br> **Wilshire Credit Corporation** <br> **P.O. Box 8517** <br> **Portland, OR  97207** | | | **First loan on residence** <br><br><br> VALUE $ **1,800,000.00** | | | | **711,000.00** | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   $ **743,635.00**   $

Total
(Use only on last page)   $ **1,013,764.20**   $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Prestholt, David Anthony**            Case No. **LA 09-11891 ER**

<div style="text-align:center">Debtor(s)                            (If known)</div>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **3** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Prestholt, David Anthony**                                                    Case No. **LA 09-11891 ER**
_____                                    _____
                        Debtor(s)                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Janet Ann Bollin**<br>**1538 E. California Blvd.**<br>**Pasadena, CA  91106** | | | **Employment - Payroll - $3,000.00 per month 10/2008, 11/2008, 12/2008, 01/2009** | | | | **10,000.00** | **10,000.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | | Subtotal (Totals of this page) | $ **10,000.00** | $ **10,000.00** | $ |
|---|---|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | $ | | |
|  | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Prestholt, David Anthony**                                    Case No. **LA 09-11891 ER**
_____                    _____
                    Debtor(s)                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

---

## Domestic Support Obligations

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Michelle Prestholt**<br>**5745 Cloverly Avenue**<br>**Temple City, CA  91708** | | | **Claimant is debtor's minor child;  claim is potential claim for child support** | X | X | X | **unknown** | | |
| ACCOUNT NO.<br><br>**Wendy R. Prestholt**<br>**5745 Cloverly Avenue**<br>**Temple City, CA  91708** | | | **Potential Domestic Support Obligation to former spouse** | X | X | X | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**2**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Totals of this page) | $ | $ | $ |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Prestholt, David Anthony**                                              Case No. **LA 09-11891 ER**

_____                                              _____
Debtor(s)                                                                                            (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. _(See Instructions above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4573**<br>**Dept. Of Treasury-I.R.S.**<br>**1973 N. Rulon White Lvd.**<br>**Ogden, UT  84201** | | | **CP2000 Notice dated 08/18/08**<br>**2006 taxes due** | | | | **40,218.00** | **40,218.00** | |
| ACCOUNT NO. **4573**<br>**State of California Franchise Tax Board**<br>**P. O. Box 942840**<br>**Sacramento, CA  94240** | | | **Request for 2007 Tax Return**<br>**Notice Number:**<br>**01-306-4232-012309**<br>**Reply Due 02/25/09** | | | | **0.00** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____**3**____ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Totals of this page) | $ **40,218.00** | $ **40,218.00** | $ |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **50,218.00** | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **50,218.00** | $ |

IN RE **Prestholt, David Anthony**     Case No. **LA 09-11891 ER**
_____
Debtor(s)                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1255** <br><br> **A.P.S.** <br> **134 N. Heliotrope Avenue** <br> **Monrovia, CA  91016** | | | **Statement dated 02/23/09** <br> **Service dates 04/01/08, 05/23/08, 07/01/08, 07/24/08,** <br> **08/25/08, 10/01/08, 10/25/08, 11/24/08, 01/01/09,** <br> **01/23/09** | | | | **390.00** |
| ACCOUNT NO. **6511** <br><br> **American Bar Association** <br> **P.O. Box 4745** <br> **Carol Stream, IL  60197** | | | **Statement dated 02/05/09** <br> **Billing period 09/01/08 - 08/31/09** | | | | **469.00** |
| ACCOUNT NO. **4003** <br><br> **American Express** <br> **Customer Service** <br> **P.O. Box 297879** <br> **Ft. Lauderdale, FL  33329-7879** | C | | **Statement dated 01/02/09** <br> **Card cancellation notice dated 02/02/09** | | | | **9,421.42** |
| ACCOUNT NO. **6261** <br><br> **American Medical Laboratories** <br> **2269 S. Saw Mill River Road** <br> **Elmsford, NY  10523** | | | **Laboratory service date 06/10/08** <br> **Original creditor unknown** <br> **Collection agency** | | | | **121.21** |

**6** continuation sheets attached

| | Subtotal (Total of this page) | $ | **10,401.63** |
|---|---|---|---|
| | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Prestholt, David Anthony**                    Case No. **LA 09-11891 ER**
_____                    _____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2487** <br> **Anthem Blue Cross** <br> **P.O. Box 9051** <br> **Oxnard, CA  93031** | | | **Billing Period 12/01/08 - 10/01/09** <br> **Cancellation of policy effective 2/01/09** | | | | 1,336.00 |
| ACCOUNT NO. **3389** <br> **AT&T California** <br> **P.O. Box 9039** <br> **South  San Francisco, CA** | | | | | | | 394.64 |
| ACCOUNT NO. **0662** <br> **AT&T California** <br> **P.O. Box 9039** <br> **South San Francisco, CA** | | | **Statement dated 02/13/09** | | | | 430.00 |
| ACCOUNT NO. **3983** <br> **AT&T California** <br> **P.O. Box 9039** <br> **South San Francisco, CA** | | | **Statement dated 02/18/09** | | | | 427.45 |
| ACCOUNT NO. **none** <br> **Audrey Mathieu** <br> **279 Meadow Mist Court** <br> **Simi Valley, CA  91311** | | | **Potential claim for slip and fall at home, 7/29/08.** <br> **Debtor's former girl friend, do not have any** <br> **current address since moved from residence.** | X | X | X | unknown |
| ACCOUNT NO. **5648** <br> **Auto Club** <br> **P.O. Box 25015** <br> **Santa Ana, CA  92799** | | | | | | | 102.00 |
| ACCOUNT NO. **3658** <br> **Block, Plant, Eisner, Fiorito & Belak** <br> **C/O BERMAN, BERMAN & BERMAN** <br> **11900 W. Olympic Blvd., Suite 600** <br> **Los Angeles, CA  90064** | C | | **Block, Plant, Eisner, Fiorito& Belak-Berger** <br> **Costs of $2,778.00 wereentered on the Judgment** <br> **filed on 12/31/08.** | | | | 2,778.00 |

Sheet no. _____**1**___ of _____**6**_____ continuation sheets attached to                              Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                              (Total of this page) | $ **5,468.09**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Presholt, David Anthony**  Case No. **LA 09-11891 ER**
_____  _____
Debtor(s)  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8503**<br>**Charter Communications**<br>**P.O. Box 7813**<br>**Irwindale, CA 91706** | | | **Billing period 09/18/08, 10/17/08, 10/18/08, 11/17/08** | | | | **996.47** |
| ACCOUNT NO. **0344**<br>**City Of Pasadena Municipal Services**<br>**100 N. Garfield Ave., Rm. N106**<br>**Pasadena, CA 91109** | | | **Statement dated 01/13/09**<br>**Billing periiod 10/31/08 - 01/05/09** | | | | **2,810.33** |
| ACCOUNT NO. **0344**<br>**City Of Pasadena Municipal Services**<br>**100 N. Garfield Ave., Rm. N106**<br>**Pasadena, CA 91109** | | | **Billing period 01/13/09**<br>**Statement date 03/02/09** | | | | **1,198.87** |
| ACCOUNT NO. **0298**<br>**Civil Service Employees Insurance Co.**<br>**P.O. Box 39239**<br>**Los Angeles, CA 90030** | C | | **Policy premimun due**<br>**Policy cancellation date 02/13/09** | | | | **784.35** |
| ACCOUNT NO. **5795**<br>**Credit Bureau of Santa Monica**<br>**P.O. Box 980**<br>**Santa Monica, CA 90406-0980** | | | **Laboratory service date unknown**<br>**Statement dated 12/08/08**<br>**Original creditor unknown**<br>**Collection agency** | | | | **23.87** |
| ACCOUNT NO. **3658**<br>**David A. Cooper**<br>**David A. Cooper Attorney At Law**<br>**417-B W. Foothill Blvd., #511**<br>**Glendora, CA 91741** | C | | **Attorney Fees owed in the LASC Case: BC 363658, BD 439 301, BC 363 658** | | | | **16,000.00** |
| ACCOUNT NO.<br>**David L. Ray, Receiver**<br>**12121 Wilshire Boulevard**<br>**Site 600**<br>**Los Angeles, CA 90025** | | | **Unknown potential claim for fees for acting as state court appointed receiver.** | X | X | X | **unknown** |

Sheet no. _____**2**__ of _____**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **21,813.89**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Prestholt, David Anthony**      Case No. **LA 09-11891 ER**

<div align="center">Debtor(s)      (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Eugh Shibasaki, D.D.S.**<br>**1402 Fair Oaks Avenue**<br>**South Pasadena, CA 91030** | | | **Claim date: 09/17/08** | | | | **846.45** |
| ACCOUNT NO. **3658**<br>**Gary P. Fidone**<br>**C/0 HURRELL CANTRALL, LLP**<br>**660 S. Figueroa, 21st Flr.**<br>**Los Angeles, CA 90017** | C | | **Gary Fidone**<br>**Costs of $2,624.00 were entered on the Judgment filed on 12/31/08**<br>**03/11/09** | | | | **2,624.00** |
| ACCOUNT NO. **3658**<br>**Gary P. Fidone**<br>**C/O BAKER, KEENER & NAHRA**<br>**633 W. 5th St., Suite 5400**<br>**Los Angeles, CA 90071** | C | | **Gary P. Fidone**<br>**Costs of $2,624.00 were entered on the Judgment filed on 12/3/2008** | | | | **2,624.00** |
| ACCOUNT NO.<br>**Gary P. Fidone**<br>**12 West Orange Grovew**<br>**Arcadia, CA 91106** | | | **Litigation involving former partner of debtor. See statement of affairs.** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**Janet Ann Bollin**<br>**1538 East California Boulevard**<br>**Pasadena, CA 91106** | | | **Employment - Payroll - $3,000.00 per month 05/2007, 06/2007, 07/2007, 08/2007, 09/2007, 10/2007, 11/2007, 12/2007, 01/2008, 02/2008, 03/2008, 04/2008, 05/2008, 06/2008, 07/2008, 08/2008, 09/2008 and part of 10/2008** | | | | **53,000.00** |
| ACCOUNT NO. **3658**<br>**Jeffrey Lewis & Reish, Luftman, Reicher**<br>**C/O PANSKY & MARKLE**<br>**1010 Sycamore Ave., Suite 101**<br>**South Pasadena, CA 91030** | C | | **Jeffrey Lewis and Reish, Luftman, Reicher & Cohen:**<br>**Cost of $10,344.60 were entered on the Judgment filed on 3/11/09.** | | | | **10,344.60** |
| ACCOUNT NO. **2581**<br>**Now Legal**<br>**3101 W. 2nd St., Suite 101**<br>**Los Angeles, CA 90026** | | | **Dates of service: 09/08/08, 09/17/08, 12/26/08 Document filing** | | | | **382.23** |

Sheet no. ___**3**___ of ___**6**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal<br>
(Total of this page) $ **69,821.28**

Total<br>
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Prestholt, David Anthony**                                    Case No. **LA 09-11891 ER**
_____                              _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ace1**<br>**Pasadena Self Storage**<br>**1885 Locust Strre**<br>**Pasadena, CA  91107** | | | **Statement dated 02/28/09**<br>**Service dates: 12/06/08, 12/17/08, 12/22/08,**<br>**01/06/09, 01/10/09, 01/17/09** | | | | **1,408.50** |
| ACCOUNT NO. **8784**<br>**Raymond C. Schreck**<br>**Law Office Of Raymond C. Schreck**<br>**417 S. Hill St., Suite 1000**<br>**Los Angeles, CA  90013** | C | | **Attorney Fees owed in LASC Cases: BC 348784,**<br>**BC 374738,** | | | | **650,000.00** |
| ACCOUNT NO. **9301**<br>**Richard N. Piantadosi**<br>**Law Office Of Richard N. Piantadosi**<br>**2609 N. Sepulveda Boulevard**<br>**Manhattan Beach, CA  90266** | H | | **Legal fees in divorce case** | X | X | | **unknown** |
| ACCOUNT NO. **3658**<br>**Rick Marcus & Goren, Marcus, Masino**<br>**C/O CHAPMAN, GLUCKSMAN, DEAN**<br>**11900 W. Olympic Blvd., Suite 800**<br>**Los Angeles, CA  90064** | C | | **Rick Marcus and Goren, Marcus, Masino & Marsh**<br>**Costs of $8,484.00 were enteredon the Judgment**<br>**filed on 12/31/08.** | | | | **8,484.00** |
| ACCOUNT NO. **7326**<br>**Specialty Laboratories**<br>**File 51045**<br>**Los Angeles, CA  90074** | | | **Laboratory service date 07/30/08**<br>**Original creditor unknown**<br>**Collection agency** | | | | **9.25** |
| ACCOUNT NO. **7213**<br>**Specialty Laboratories**<br>**File 51045**<br>**Los Angeles, CA  90074** | | | **Laboratory service date: 05/14/08**<br>**Original creditor unknown**<br>**Collection agency** | | | | **121.21** |
| ACCOUNT NO. **8541**<br>**State Bar Of California**<br>**180 Howard Street**<br>**San Francisco, CA  94105** | | | **2009 membership due 02/02/09** | | | | **0.00** |

Sheet no. _____**4**___ of _____**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    $ **660,022.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)              $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Prestholt, David Anthony**                                    Case No. **LA 09-11891 ER**
_____                         _____
                          Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5638** <br><br> **Stephen D. Henry, M.D.** <br> **2319E. Washington Blvd.** <br> **Pasadena, CA 91104** | | | **Statement dated 02/01/09** <br> **Service dates 02/26/08, 04/02/08, 04/11/08, 05/14/08, 06/16/ 08, 08/01/08, 11/05/08, 12/31/08** | | | | **899.52** |
| ACCOUNT NO. **3658** <br><br> **Suzanne Jacobs** <br> **C/O GARRETT & TULLEY** <br> **4165 Thousand Oaks Blvd, Suite 201** <br> **Westlake Village, CA 91362** | C | | **Suzanne Jacobs** <br> **Costs of $10,571.20 were entered on the Judgment filed 12/31/09** <br> **03/11/09** | | | | **10,571.20** |
| ACCOUNT NO. <br><br> **Swimcon Pool Company, Inc.** <br> **2373 E. Washington Blvd.** <br> **Pasadena, CA 91104** | | | **Statement dated 01/24/09** <br> **Service dates 08/24/08, 09/22/08, 09/24/08, 10/24/08, 11/24/08, 12/24/08, 01/24/09** | | | | **636.50** |
| ACCOUNT NO. **4013** <br><br> **The Gas Company** <br> **P. O. Box C** <br> **Monterey Park, CA 91756** | | | **Statement dated 01/21/09** <br> **Billing period 11/10/08 - 01/28/09** | | | | **696.34** |
| ACCOUNT NO. **1019** <br><br> **The Los Angeles Times** <br> **202 1st Street** <br> **Los Angeles, CA 90099** | | | | | | | **0.00** |
| ACCOUNT NO. **0000** <br><br> **Verizon Wireless** <br> **P.O. Box 96088** <br> **Bellevue, WA 98009** | | | **Statement dated 02/28/09** | | | | **129.85** |
| ACCOUNT NO. **3658** <br><br> **Wendy R. Prestholt** <br> **C/O FEINBERG, MINDEL, BRANDT & KLEIN** <br> **12424 Wilshire Blvd, Suite 900** <br> **Los Angeles, CA 90025** | C | | **Wendy R. Prestholt** <br> **Costs of $1,776,00 were entered on the Judgment filed 12/31/08** | | | | **1,776.00** |

Sheet no. _____**5**__ of _____**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **14,709.41**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Prestholt, David Anthony**        Case No. **LA 09-11891 ER**

<div align="center">Debtor(s)                                                (If known)</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5865**<br><br>**Westcliff Medical Laboratories**<br>**P.O. Box 7153**<br>**Pasadena, CA  91109** | | | **Original laboratory service date unknown**<br>**Statement dated 12/28/08**<br>**Original creditor unknown**<br>**Possible collection agency?** | | | | **64.11** |
| ACCOUNT NO.<br><br>**Westridge School**<br>**324 Madeline Drive**<br>**Pasadena, CA  91107** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____ **6** of _____ **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **64.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **782,301.37**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Prestholt, David Anthony</u>                        Case No. **LA 09-11891 ER**

<div align="center">Debtor(s)                                                          (If known)</div>

<div align="center">

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

</div>

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Prestholt, David Anthony**        Case No. **LA 09-11891 ER**

<table>
<tr><td align="center">Debtor(s)</td><td align="center">(If known)</td></tr>
</table>

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Prestholt, David Anthony**        Case No. **LA 09-11891 ER**

<div align="center">Debtor(s)            (If known)</div>

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)      DEBTOR      SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 0.00 | $ |
| 2. Estimated monthly overtime | $ 0.00 | $ |
| **3. SUBTOTAL** | $ 0.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and Social Security | $ 0.00 | $ |
|   b. Insurance | $ 0.00 | $ |
|   c. Union dues | $ 0.00 | $ |
|   d. Other (specify) | $ | $ |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 0.00 | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 0.00 | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ |
| 8. Income from real property | $ 0.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor's use or that of dependents listed above | $ 0.00 | $ |
| 11. Social Security or other government assistance | | |
|   (Specify) | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income | | |
|   (Specify) | $ | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 0.00 | $ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)      $ 0.00

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Prestholt, David Anthony**                              Case No. **LA 09-11891 ER**
_____
Debtor(s)                                                                (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,355.00 |
|    a. Are real estate taxes included?   Yes _____ No ✓ | | |
|    b. Is property insurance included?  Yes _____ No ✓ | | |
| 2. Utilities: | | |
|    a. Electricity and heating fuel | $ | 503.00 |
|    b. Water and sewer | $ | 226.00 |
|    c. Telephone | $ | 350.00 |
|    d. Other _____ | $ | |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | 172.00 |
| 4. Food | $ | 750.00 |
| 5. Clothing | $ | 75.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 860.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 300.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 261.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 1,336.00 |
|    d. Auto | $ | 107.00 |
|    e. Other _____ | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) **Property Taxes On Residence** | $ | 1,154.76 |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 0.00 |
|    b. Other _____ | $ | |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | 5,000.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 595.00 |
| 17. Other _____ | $ | |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.

$    **16,544.76**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---|
|    a. Average monthly income from Line 15 of Schedule I | $ | 0.00 |
|    b. Average monthly expenses from Line 18 above | $ | 16,544.76 |
|    c. Monthly net income (a. minus b.) | $ | -16,544.76 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                 Case No. **LA 09-11891 ER** _____

Presholt, David Anthony _____ Chapter **7** _____

<p style="text-align:center">Debtor(s)</p>

<p style="text-align:center"><b>BUSINESS INCOME AND EXPENSES</b></p>

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

  1. Gross Income For 12 Months Prior to Filing:                  $ _____

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

  2. Gross Monthly Income:                                    $ _____

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

   3. Net Employee Payroll (Other Than Debtor)             $ _____
   4. Payroll Taxes                                        $ _____
   5. Unemployment Taxes                            $ _____
   6. Worker's Compensation                         $ _____
   7. Other Taxes                                      $ _____
   8. Inventory Purchases (Including raw materials)      $ _____
   9. Purchase of Feed/Fertilizer/Seed/Spray         $ _____
 10. Rent (Other than debtor's principal residence)     $ _____
 11. Utilities                                          $ _____
 12. Office Expenses and Supplies                  $ _____
 13. Repairs and Maintenance                    $ _____
 14. Vehicle Expenses                             $ _____
 15. Travel and Entertainment                     $ _____
 16. Equipment Rental and Leases                 $ _____
 17. Legal/Accounting/Other Professional Fees       $ _____
 18. Insurance                                      $ _____
 19. Employee Benefits (e.g., pension, medical, etc.)    $ _____
 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
      Business Debts (Specify):                     $ _____

 21. Other (Specify):                              $ _____ **595.00**
      **Records Storage**                  **595.00**

 22. Total Monthly Expenses (Add items 3-21)                  $ _____ **595.00**

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

 23. **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)    $ _____ **-595.00**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Prestholt, David Anthony**                                    Case No. **LA 09-11891 ER**

<div align="center">Debtor(s)                                                      (If known)</div>

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**27** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 24, 2009**                    Signature: ***/s/ David Anthony Prestholt***

                                                **David Anthony Prestholt**                    Debtor

Date: _____            Signature: _____

                                                                        (Joint Debtor, if any)

                                                    [If joint case, both spouses must sign.]

---

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____            _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer            Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____            _____
Signature of Bankruptcy Petition Preparer            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____            Signature: _____

                                                _____
                                                (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                      Case No. **LA 09-11891 ER**

Prestholt, David Anthony                                                    Chapter **7**
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None
☑  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**2. Income other than from employment or operation of business**

None
☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None
☑  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑  *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **In re Marriage of Prestholt, LASC BD439301** | **Dissolution of Marriage** | **LASC 111 North Hill Street, Los Angeles, CA  90012** | **Bifurcated, property division pending, stayed** |
| **Fidone v. Prestholt, LASC BC348784** | **Partnership breakup litigation** | **LASC 111 North Hill Street, Los Angeles, CA  90012** | **Pending, stayed.** |
| **Prestholt v. Lewis, LASC BC363658** | **Non-tort business litigation** | **LASC 111 North Hill Street, Los Angeles, CA  90012** | **Dismissed 1/09;  appeal pending** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gary P. Fidone 12 West Orange Grovew Arcadia, CA  91106** | **2006-present** | **Annual payments of $250,000** |
| **Payments being held by state court appointed receiver David L. Ray** | | |
| **Gary P. Fidone 12 West Orange Grovew Arcadia, CA  91106** | | **Partnership property relating to dissolution of law partnership;  sold at auction.** |
| **Gary P. Fidone 12 West Orange Grovew Arcadia, CA  91106** | **2006-present** | **Payments totaling $750,000 being held by David L. Ray as receiver** |
| **Civil Service Employees Insurance Compan** | | **Partnership records and files, and personal property of the debtor, in storage at Williams Record Management Co.** |

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **David L. Ray, Receiver 12121 Wilshire Boulevard Site 600 Los Angeles, CA  90025** | **LASC BC348784** | | **$387,131 in his trust account.** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Eryn Pierce Bollin**<br>**1506 Oak Street**<br>**Apartment D**<br>**South Pasadena, CA  91030** | **Niece** | **10/1/08** | **Rickenbacher 4001 Electric Bass Guitar (s.n.#6128)**<br>**Value: $500.00**<br>**Fender Bass Man 25 Amplifier**<br>**Value: $100.00**<br>**Partnership/personal records and files** |

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Law Offices of Steven A. Schwaber**<br>**2600 Mission Street Suite 100**<br>**San Marino, CA  91108** | **2/18/09** | |
| **This was a postpetition payment in a chapter 7 case.  I was not paid from assets of the estate.** | | |
| **Springboard Nonprofit Cred Mgt, Inc.**<br>**3505 North Hart Avenue**<br>**Rosemead, CA  91770** | **1/29/09** | **55.00** |
| **Paid on behalf of debtor by Danny Mull.** | | |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **See Attached List** | | |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **L.A. Financial Credit Union**<br>**224 North Fair Oaks**<br>**Pasadena, CA  91103** | **IRA, #010066007080, final balance was $7,875.72** | **Both accounts closed 9/29/2008** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Savings, #66007080, final balance
was 250.79

**Citi Bank**
**P.O. Box 26892**
**San Francisco, CA  94126**

Interest bearing MMA #202288833          Closed 3/27/2008; $0.00

**Great West Retirement Services**
**Client Service Department**
**Attn: Correspondence Dept. 6T2**
**Greenwood Village, CO  80111**

401k plan #91999-01          7/24/08;  $158,523.73
Participant I.D. #156581

---

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 14. Property held for another person

None ☐ List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER                 DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY
**Janet Ann Bollin**                      **See attached list**                     **In debtor's possession at**
**1538 East California Boulevard**                                                  **residence.**
**Pasadena, CA  91106**

---

## 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

## 16. Spouses and Former Spouses

None ☐ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Wendy Prestholt;  case bifurcated, dissolution ordered but property division pending.**

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

---

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Prestholt & Fidone LLP** | **95-4457940** | **39 Union Street Second Floor Pasadena, CA 91103** | **Law partnership** | **12/99 - 1/06** |
| **The 39 Union Street LLC** | **95-4757180** | **39-45 Union Street Pasadena, CA 91103** | **Real estate investment** | **8/99 - 2007** |
| **David A. Prestholt** | **xxx-xx-4573** | **39 Union Street Second Floor Pasadena, CA 91103** | **Insurance consultant** | **1/06 - present** |

None
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|
| **The 39 Union Street LLC** | **39-45 Union Street Pasadena, CA 91103** |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Block, Plant, Eisner, Firoito & Belak-Be 16542 Ventura Boulevard Suite 300 Encino, CA 91436** | **See attached explanation sheet** |
| **Joseph Stanislawski De Long, Stanislawski & Co. 5959 Topanga Canyon Boulevard Woodland Hills, CA 91367** | **10/15/2007** |

None
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

**NAME AND ADDRESS**

**Goren, Marcus, Masino & Jacobs**        **See attached.**
**11400 West Olympic Blvd.**
**Suite 350**
**Los Angeles, CA 90064-1550**

**Block, Plant, Eisner, Fiorito & Be**        **See attached**
**Same As Above**

**Reish Luftman Reicher & Cohen**        **See attached**
**11755 Wilshire Blvd.**
**10th Floor**
**Los Angeles, CA 90025-1539**

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
                                                  (Specify cost, market, or other basis)
**9/25/08**        **David A. Prestholt; prepared as**        **No valuation was made of the**
                          **part of divorce proceedings.**        **inventory.**

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

REAL PROPERTY:

217 El Nido Avenue
Pasadena, California 91107
Assessor's Parcel No.: 5748-017-013
Purchased: 03/27/2000
Trustor: David A. Prestholt and Wendy R. Prestholt
Amount: $171.200.00
Sold: 01/29/2007
Amount: $643,750.00


39-45 E. Union Street
Pasadena, California 91103
Assessor's Parcel No.: 5723-022-004
Code No.: 0007456
Purchased: 09/16/1999
Trustor: The 39 Union Street, LLC
Amount: $1,032,500.00
Sold:    05/23/2007
Amount: $4,100,000.00

AUTOMOBILES, TRAILERS:

2006 Hartland Big Horn 3400 RL Trailer
VIN: 1H9G734256E459717
VLN: 1KS8383
Owner: David A. Prestholt
1538 E. California Boulevard
Pasadena, California 91106
(626) 755-3705
Purchased: 08/03/2005
Amount: $50,866.09
Sold: 06/19/2008
Buyer: Venture out RV
6801 Colony Street
Bakersfield, California 93307
(661) 831-5451
Amount: $25,000.00

2002 GMC Sierra Duramax Diesel Truck
VIN: 1GTJC33102F136761
VLN: 6U29773
Owner: David A. Prestholt
1538 E. California Boulevard
Pasadena, California 91106
(626) 755-3705
Purchased: 08/03/2005
Amount: $21,992.59
Sold: 12/01/2008
Buyer: James Ramay
1508 Stockton Avenue
Bakersfield, California 93308
Amount: $8,240.00

ART:

Kiet Mae
3020 E. California Boulevard
Pasadena, California 91107
(626) 319-3661
Purchased: 10/10/2008
Amount: $5,000.00
Yamagata Print
Amount: $2,000.00
Multi-Media Box Sculptures
Amount: $600.00
Multi-Media Box Sculptures
Amount: $600.00
Multi-Media "Pool Ball" Sculptures
Amount: $600.00
Painted Tile Sets
Amount: $700.00
Painted Religious Boards
Amount: $500.00

MUSICAL EQUIPMENT:

Guitar Center Stores, Inc.
2660 E. Colorado Boulevard
Pasadena, California 91107
(626) 535-0108
Purchased: 11/30/08
Amount: $1,100.00
Padilla Five String Electric Bass Guitar

Alan Deckel
356 Travis Drive
Los Osos, California 93402
(805)886-8818
Purchased: 10/09/08
Martin Eric Clapton Acoustic Guitar (1995)
Model: 000-42 EC
Serial Number:  291-461
Amount: $4,000.00
B.C. Rich Electric Guitar (1976)
Model: Mockingbird
Serial Number: 76056
Amount: $1,750.00
Alembic Electric Bass Guitar (1993)
Model: Europa
Serial Number: 93U7659
Amount: $1,000.00
Fender Precision Jaco Reissue Electric Bass Guitar
Model: Distressed Jaco
Serial Number: R14283
Amount: $1,100.00
Fender Precision Jaco Reissue Electric Bass Guitar
Model: Distressed Jaco
Serial Number: R17120
Amount: $1,100.00


Fender Stratocaster Electric Guitar
Model: Sub Sonic
Serial Number: CN95079
Amount: $500.00
Fender Stratocaster (1996)
Model: Deluxe
Serial Number: N615513
Amount: $500.00
Drum-Steel
Amount: $50.00


FIREARMS, SWORDS & ACCESSORIES:

Doug Boyer
382 San Miguel Avenue
San Luis Obispo, California 93405
(805) 549-0221
Purchased: 11/20/2008
Desert Eagle 50 Cal. Auto Load
Amount: $450.00
Desert Eagle 44 Cal. Auto Load
Amount: $450.00:
Browning 9mm Auto Load
Amount: $450.00
Colt .357 Cal. Revolver (Long Barrel)
Amount: $450.00
Winchester 270 Cal. Bolt Action Rifle
Amount: $700.00

22 Cal. Bolt Action Rifle (Competition Grade)
Amount: $250.00
Dakota 30.06 Bolt Action Rifle
Amount: $1,000.00
12 Gauge Short Barrel Shot Gun
Amount: $100.00
12 Gauge Short Barrel Shot Gun
Amount: $100.00


Bill Eggiott
Civil War Collector
Glendale Civic Auditorium
1401 N. Verdugo Road
Glendale, California
(818) 992-4803
Purchased: 11/16/08
Sword – Antique
Amount: $300.00


Gun Show Sales
Glendale Civic Auditorium
1401 N. Verdugo Road
Glendale, California
(818) 548-2787
Purchased: 11/16/2880
12 Gauge Shot Gun
Amount: $250.00
12 Gauge Shot Gun
Amount: $250.00
12 Gauge Semi-Automatic Shot Gun
Amount: $250.00
16 Gauge Semi-Automatic Shot Gun
Amount: $250.00
Marlin 440 Caliber Lever Action Rifle
Amount: $200.00
Miscellaneous Ammunition
Amount: $225.00


HOUSEHOLD ITEMS:

Yard Sale
1538 E. California Boulevard
Pasadena, California 91106
(626) 755-3705
Purchased: 12/13/2008 – 12/14/2008
Roasters-small
Amount: $10.00
Roasters-medium
Amount: $20.00
Chafers w/stands
Amount: $30.00
Coffee Pots-Air
Amount: $20.00

Ice Chests-Igloo-large
Amount: $30.00
Ice Chests-Igloo-medium
Amount: $20.00
Coolers-Drink-Igloo-medium
Amount: $10.00
Heater-Propane
Amount: $25.00
Tables-Portable-Folding 5ft. long
Amount: $40.00


SPORT EQUIPMENT:

Yard Sale
1538 E. California Boulevard
Pasadena, California 91106
(626) 755-3705
Purchased: 12/13/2008 – 12/14/2008
Ping Pong Table
Amount: $20.00
Dart Board
Amount: $10.00
Portable Badminton Net Kit
Amount: $5.00
Badminton Rackets w/corks
Amount: $10.00
Smash Ball Rackets w/balls
Amount: $10.00
Snorkels w/masks
Amount: $15.00
Snorkel Fins
Amount: $15.00
Scuba Gear w/o Air Tanks
Amount: $100.00


CAMERA EQUIPEMNT:

Yard Sale
1538 E. California Boulevard
Pasadena, California 91106
(626) 755-3705
Purchased: 12/13/2008 – 12/14/2008
Camera-Nikinos Underwater
Amount: $200.00
Camera Equipment-Miscellaneous
Amount: $200.00


TOOLS:

Yard Sale
1538 E. California Boulevard
Pasadena, California 91106
(626) 755-3705

Purchased: 12/13/2008 – 12/14/2008
De Walt WSR Drywall Screw Driver
Amount: $15.00
De Walt Table Saw
Amount: $150.00
Makita Table Saw
Amount: $200.00
Milwaukee Band Saw
Amount: $125.00
Hitachi Miter Saw
AMOUNT: $100.00
Craftsman Variable Speed Saw
Amount: $25.00
Dremel Liner Saw
Amount: $45.00
MK Tile Saw
Amount: $50.00
Skill Circular Saw
Amount: $20.00
Porter Cable Cordless Circular Saw
Amount: $20.00
Craen Multi-Undercut Saw
Amount: $50.00
Abrasive Chop Saw
Amount: $100.00
Since Finish Nailer
Amount: $20.00
Porter Cable Finish Nailer (small)
Amount: $20.00
Hilti XR4DW Cement Nailer
Amount: $30.00
Craftsman Angle Grinder
Amount: $100.00
Valdor Grinder/Buffer
Amount: $30.00
Delta Drill Press
Amount: $150.0
Craftsman Mig Welder
Amount: $200.00
Millermatic Welder
Amount: $600.00
Powermate Generator
Amount: $300.00


GARDEN/LANDSCAPING EQUIPMENT:

Yard Sale
1538 E. California Boulevard
Pasadena, California 91106
(626) 755-3705
Purchased: 12/13/2008 – 12/14/2008
Malibu Landscaping Lights
Amount: $60.00
Sub Pumps
Amount: $30.00

CHILDREN'S ITEMS:

Yard Sale
1538 E. California Boulevard
Pasadena, California 91106
(626) 755-3705
Purchased: 12/13/2008 – 12/14/2008
Stuffed Animals
Amount: $50.00
Board Games
Amount: $10.00
Books
Amount: $25.00
Legos
Amount: $20.00
VHS Movies
Amount: $15.00


MISCELLANEOUS:

Yard Sale
1538 E. California Boulevard
Pasadena, California 91106
(626) 755-3705
Purchased: 12/13/2008 – 12/14/2008
Christmas Decorations
Amount: $50.00
Halloween Decorations & Costumes
Amount: $75.00
Easter Decorations, Baskets, Stuffed Bunnies
Amount: $15.00

14.    PROPERTY HELD FOR ANOTHER PERSON:

List all property owned by another person that the debtor holds or controls.

Gandhi Sculpture-Plaster (Nishan Toor)
Value: $100.00

White Dove of Peace Sculpture-Plaster (Nishan Toor)
Value: $50.00

Man and Women Sculpture-Plaster (Nishan Toor)
Value: $100.00

Whale Sculpture-Wood
Value: $25.00

Vase-Chinese-Putter w/3 cups
Value: $100.00

Longine 14K Gold Men's Wrist Watch
Value: $75.00

Singer Sewing Machine w/Wood Cabinet-Antique
Value: $85.00

Desk-Wood/Cherry-Tall Secretary-5 Drawers
Value: $25.00

Table-Wood-Pine coffee-5ft long-Antique
Value: $200.00

Table-Wood-Pine sofa-5ft. long
Value: $50.00

Table-Wood-Twisted 8 Gate Leg-6ft long-Antique
Value: $150.00

Table-Wood-Drop Leaf-Light Wood-Antique
Value: $50.00

Couch w/chase-Green Cloth
Value: $50.00

Chair-Wood/Cloth-Rocking-Antique
Value: $150.00

Chair-Wood-High Back-Antique
Value: $200.00

Chair-Wood-Child School-Small-Antique
Value: $25.00

Stove-Franklin Wood Burning-Black-Antique
Value: $50.00

Stove-Wedgewood-White-Antique
Value: $150.00

Dryer-Maytag-Gas-White
Value: $25.00

Cabinet-Metal 2 Drawer Filing
Value: $25.00

Cabinet-Metal-12 Drawer-Filing
Value: $50.00

Lamp-Chrome-Tall
Value: $25.00

Rug-Wool 8'x11'-brownw/flowers
value: $200.00

Painting-(McCaine)-4'x4'
value: $50.00

Books-Limited First Edition-Medical and 25 plus other
value: $400.00

Book ends-Tribesman-wood carved
value: $50.00

Book ends-Ox-wood carved
value: $50.00

Sculpture-Horse-9"-bronze
value: $50.00

Sculpture-Bison Head-7"-bronze
value: $50.00

Sculpture-Roman Head-7"-bronze
value: $50.00

Debtor has been denied all access to the books and records of The 39 Union Street, LLC, other than limited documentation that was produced in discovery in the Fidone Family Trust v. Prestholt action. Debtor subpoenaed all records relative to The 39 Union Street, LLC from the accounting firms of Goren, Marcus, Masino & Jacobs (1988-2004) and Block, Plant, Eisner, Fiorito & Belak-Berger (2004-2007). To Debtor's knowledge, these were the only accountants for The 39 Union Street, LLC during these time periods. Debtor also subpoenaed all records relative to The 39 Union Street, LLC from the law firm of Reish Luftman Reicher & Cohen. Digital copies of all records in Debtors possession will be provided upon request.

The law firm of CARTER & CARLSON was retained by The 39 Union Street, LLC in or about August 2006. Debtor has not obtained the files from CARTER & CARLSON.

Various books and records of The 39 Union Street, LLC may have been on store at Williams Records Management and therefore under control of Civil Service Employees Insurance Company.

<u>Books and Records of Debtor David Prestholt</u>

Goren, Marcus, Masino & Jacobs
11400 West Olympic Blvd.
Suite 350
Los Angeles, CA 90064-1550

Block, Plant, Eisner, Fiorito & Belak-Berger
16542 Ventura Blvd.
Suite 300
Encino, CA 91436

Reish Luftman Reicher & Cohen
11755 Wilshire Blvd.
10th Floor
Los Angeles, CA 90025-1539

Debtor subpoenaed all records relative to Debtor's personal finances from the accounting firms of Goren, Marcus, Masino & Jacobs (1988-2004) and Block, Plant, Eisner, Fiorito & Belak-Berger (2004-2007). These were Debtor's only accountants during these time periods. Per deposition testimony, the accountants did not audit Debtor's personal finances and relied on the "numbers" provided by Debtor's personal and professional financial manager (Debtor's ex-wife).

Debtor also subpoenaed all records relative to Debtor's personal affairs from the law firm of Reish Luftman Reicher & Cohen. To Debtor's knowledge, the Reish firm is the only law firm that represented Debtor relative to personal finances.
Digital copies of all records in Debtors possession will be provided upon request.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **March 24, 2009**      Signature   */s/ David Anthony Prestholt*

of Debtor                                                      **David Anthony Prestholt**

Date: _____      Signature _____

of Joint Debtor
(if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

# United States Bankruptcy Court
# Central District of California

IN RE:

Presholt, David Anthony
_____
Debtor(s)

Case No. LA 09-11891 ER
_____

Chapter 7
_____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Wilshire Credit Corporation** | **Describe Property Securing Debt:**<br>**1538 E. California Boulevard** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **Allow foreclosure to occur in due course**          (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____          (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**March 24, 2009**_____          */s/ David Anthony Presholt*
                                              Signature of Debtor

                                              _____
                                              Signature of Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Central District of California

IN RE:                                               Case No. **LA 09-11891 ER**

**Prestholt, David Anthony**                         Chapter **7**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................................ $ _____**450.00/hr**_____

    Prior to the filing of this statement I have received ................................................ $ _____

    Balance Due ................................................................................................ $ _____

2.  The source of the compensation paid to me was: ☐ Debtor ☑ Other (specify): **Loan from friends**

3.  The source of compensation to be paid to me is: ☐ Debtor ☑ Other (specify): **Loan from friends**

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  ~~Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;~~
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

    **Consultation and advice re filing of schedules and supporting documents, both generally and with specific reference to §§526-528 of the Bankruptcy Code;  In consumer cases, an analysis of the Debtor's(s') financial situation in accordance with the requirements of the "Means Test" as set forth in §707(b) of the Bankruptcy Code;  Preparation of Schedules and related documents required for filing;  Appearance with the Debtor(s) at the 341(a) hearing and one continuance thereof;  Advising and representing the Debtor in general postpetition matters in the bankruptcy case other than contested matters and adversary proceedings.**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Not included is representation of the debtor in any contested matters or adversary proceedings as these terms are used in the Central District of California Local Bankruptcy Rules.  Also not included is representation in any aspects of the reaffirmation of agreements and contracts.  Any other matters not expressly stated as being included in the scope of representation of the Debtor(s) are hereby excluded therefrom.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 25, 2009**                 **/s/ STEVEN A. SCHWABER**

Date

**STEVEN A. SCHWABER 43678
Law Offices of Steven A. Schwaber
2600 Mission Street Suite 100
San Marino, CA  91108
(626) 403-5600 Fax: (626) 403-4691
steve@schwaberlaw.com**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Central District of California

IN RE:                                                    Case No. **LA 09-11891 ER**

**Prestholt, David Anthony**                              Chapter **7**
_____
Debtor(s)

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned case.

2. On (*specify date*) ___**2/18/2009**___, I agreed with the Debtor that for a fee of $ _____, I would provide only the following services:

   a. ☑ Prepare and file the Petition and Schedules

   b. ☑ Represent the Debtor at the 341(a) Hearing

   c. ☐ Represent the Debtor in any relief from stay actions

   d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

   e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

   f. ☑ Other (specify):
   **Fees to be billed at $450/hour;  $3500 retainer received postpetition.  Petition was filed prior to my involvement in this case.**

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth below.

Dated: __**March 25, 2009**__              Law Firm: **Law Offices of Steven A. Schwaber**
                                                     **2600 Mission Street Suite 100**
                                                     **San Marino, CA  91108**

I HEREBY APPROVE THE ABOVE:

                                           By: **/s/ STEVEN A. SCHWABER**

**/s/ David Anthony Prestholt**
Signature of Debtor(s)                     Name: **STEVEN A. SCHWABER**
                                           Attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                    Case No. __LA 09-11891 ER_____

__Prestholt, David Anthony_____    Chapter __7_____
                              Debtor(s)

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned case.

2. On (*specify date*) _____, I agreed with the Debtor that for a fee of $ _____, I would provide only the following services:

   a. ☐ Prepare and file the Petition and Schedules

   b. ☐ Represent the Debtor at the 341(a) Hearing

   c. ☐ Represent the Debtor in any relief from stay actions

   d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

   e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

   f. ☐ Other (specify):

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth below.

Dated: __March 24, 2009_____        Law Firm: __Law Offices of Steven A. Schwaber____
                                                    __2600 Mission Street Suite 100_____
                                                    __San Marino, CA  91108_____

I HEREBY APPROVE THE ABOVE:

                                          By: __/s/ STEVEN A. SCHWABER_____

__/s/ David Anthony Prestholt_____    Name: __STEVEN A. SCHWABER_____
Signature of Debtor(s)                     Attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re<br>**Prestholt, David Anthony**<br><div align="right">Debtor(s).</div> | CHAPTER:**7**<br><br>CASE NO.: **LA 09-11891 ER** |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, **Prestholt, David Anthony** _____ , the debtor in this case, declare under penalty
    *(Print Name of Debtor)*
of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for
the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☒ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____ , the debtor in this case, declare under penalty
    *(Print Name of Joint Debtor, if any)*
of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for
the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date: **March 21, 2009** _____     Signature

_____
    *Debtor*

Date: _____     Signature

_____
    *Joint Debtor (if any)*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

In re: **Prestholt, David Anthony**

Debtor(s)

Case Number: **LA 09-11891 ER**

(If known)

According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises**

☐ **The presumption does not arise**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends. <br><br> ☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard <br><br>     a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and <br>         ☐ I remain on active duty /or/ <br>         ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed; <br><br>         OR <br><br>     b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/ <br>         ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br><br> a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.** <br><br> b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.** <br><br> c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** <br><br> d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A** <br> **Debtor's** <br> **Income** | **Column B** <br> **Spouse's** <br> **Income** |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** <table><tr><td>a.</td><td>Gross receipts</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$</td></tr><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td></tr></table> | $ | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** <table><tr><td>a.</td><td>Gross receipts</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table> | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $ _____</td><td>Spouse $ _____</td></tr></table> | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. <br><br> a. _____ $ _____ <br> b. _____ $ _____ <br><br> Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ | |

| | |
|---|---|
| **Part III. APPLICATION OF § 707(B)(7) EXCLUSION** | |
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br> a. Enter debtor's state of residence: _____ b. Enter debtor's household size: ____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII. <br><br> ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

### Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

| | |
|---|---|
| **Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)** | |
| 16 | **Enter the amount from Line 12.** | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. <br><br> a. _____ $ _____ <br> b. _____ $ _____ <br> c. _____ $ _____ <br><br> Total and enter on Line 17. | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

| | |
|---|---|
| **Part V. CALCULATION OF DEDUCTIONS FROM INCOME** | |
| **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | |
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. <table><tr><td colspan="2">**Household members under 65 years of age**</td><td></td><td colspan="2">**Household members 65 years of age or older**</td><td></td></tr><tr><td>a1.</td><td>Allowance per member</td><td></td><td>a2.</td><td>Allowance per member</td><td></td></tr><tr><td>b1.</td><td>Number of members</td><td></td><td>b2.</td><td>Number of members</td><td></td></tr><tr><td>c1.</td><td>Subtotal</td><td></td><td>c2.</td><td>Subtotal</td><td></td></tr></table> | $ |
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** <table><tr><td>a.</td><td>IRS Housing and Utilities Standards; mortgage/rental expense</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net mortgage/rental expense</td><td>Subtract Line b from Line a</td></tr></table> | $ |
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0 ☐ 1 ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) <br><br> ☐ 1  ☐ 2 or more. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |
|---|---|---|
| | <table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 1</td><td>Subtract Line b from Line a</td></tr></table> | $ |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |
| | <table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs, Second Car</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 2</td><td>Subtract Line b from Line a</td></tr></table> | $ |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare — such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service — such as pagers, call waiting, caller id, special long distance, or internet service — to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| | **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32** | | |
|---|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>| a. | Health Insurance | $ |<br>| b. | Disability Insurance | $ |<br>| c. | Health Savings Account | $ |<br><br>Total and enter on Line 34<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>$ _____ | | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Subpart C: Deductions for Debt Payment | | | |
|---|---|---|---|

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | |

| | | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|---|
| | a. | | | $ | ☐ yes ☐ no |
| | b. | | | $ | ☐ yes ☐ no |
| | c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add lines a, b and c. | | |

$

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |

| | | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|---|
| | a. | | | $ |
| | b. | | | $ |
| | c. | | | $ |
| | | | Total: Add lines a, b and c. | |

$

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|---|---|---|---|
| | a. | Projected average monthly chapter 13 plan payment. | $ |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

$

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| Subpart D: Total Deductions from Income | |
|---|---|

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

| | **Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION** | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 though 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |
| | **Part VII. ADDITIONAL EXPENSE CLAIMS** | |
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses.<br><br><table><tr><td></td><td>Expense Description</td><td>Monthly Amount</td></tr><tr><td>a.</td><td></td><td>$</td></tr><tr><td>b.</td><td></td><td>$</td></tr><tr><td>c.</td><td></td><td>$</td></tr><tr><td colspan="2" align="right">Total: Add Lines a, b and c</td><td>$</td></tr></table> | |
| | **Part VIII. VERIFICATION** | |
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: **March 24, 2009** _____    Signature: **/s/ David Anthony Prestholt** _____<br><span style="margin-left:12em">(Debtor)</span><br><br>Date: _____    Signature: _____<br><span style="margin-left:12em">(Joint Debtor, if any)</span> | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Central District of California

IN RE:                                                          Case No. **LA 09-11891 ER**

**Prestholt, David Anthony**                                    Chapter **7**

<div align="center">Debtor(s)</div>

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ **7** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **March 24, 2009** _____   Signature: **/s/ David Anthony Prestholt** _____

              **David Anthony Prestholt**          Debtor

Date: _____   Signature: _____

                          Joint Debtor, if any

Date: **March 24, 2009** _____   Signature: **/s/ STEVEN A. SCHWABER** _____

              **STEVEN A. SCHWABER 43678**       Attorney (if applicable)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

David Anthony Prestholt


Law Offices of Steven A Schwaber
2600 Mission Street Suite 100
San Marino, CA  91108

```
APS
134 N Heliotrope Avenue
Monrovia, CA  91016


American Bar Association
PO Box 4745
Carol Stream, IL  60197


American Express
Customer Service
PO Box 297879
Ft. Lauderdale, FL  33329-7879


American Medical Laboratories
2269 S Saw Mill River Road
Elmsford, NY  10523


Anthem Blue Cross
PO Box 9051
Oxnard, CA  93031


Audrey Mathieu
279 Meadow Mist Court
Simi Valley, CA  91311


Auto Club
PO Box 25015
Santa Ana, CA  92799


Block Plant Eisner Fiorito & Bel
C/O BERMAN BERMAN & BERMAN
11900 W Olympic Blvd Suite 600
Los Angeles, CA  90064
```

Charter Communications
PO Box 7813
Irwindale, CA  91706


City Of Pasadena Municipal Services
100 N Garfield Ave Rm N106
Pasadena, CA  91109


Civil Service Employees Insurance C
PO Box 39239
Los Angeles, CA  90030


Credit Bureau of Santa Monica
PO Box 980
Santa Monica, CA  90406-0980


David A Cooper
David A Cooper Attorney At Law
417-B W Foothill Blvd #511
Glendora, CA  91741


David L Ray Receiver
12121 Wilshire Boulevard
Site 600
Los Angeles, CA  90025


Dept Of Treasury-IRS
1973 N Rulon White Lvd
Ogden, UT  84201


Donald P Schweitzer
Law Office Of Donald P Schweitzer
210 S Lake Ave Suite 700
Pasadena, CA  91101

Eugh Shibasaki DDS
1402 Fair Oaks Avenue
South Pasadena, CA  91030


Frederic J Greenblatt
Greenblatt & Associates
22151 Ventura Blvd Suite 200
Woodland Hills, CA  91364


Gary P Fidone
C/O HURRELL CANTRALL LLP
660 S Figueroa 21st Flr
Los Angeles, CA  90017


Gary P Fidone
C/O BAKER KEENER & NAHRA
633 W 5th St Suite 5400
Los Angeles, CA  90071


Gary P Fidone
12 West Orange Grovew
Arcadia, CA  91106


Janet Ann Bollin
1538 E California Blvd
Pasadena, CA  91106


Janet Ann Bollin
1538 East California Boulevard
Pasadena, CA  91106


Jeffrey Lewis & Reish Luftman Rei
C/O PANSKY & MARKLE
1010 Sycamore Ave Suite 101
South Pasadena, CA  91030

Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA  90054


Michelle Prestholt
5745 Cloverly Avenue
Temple City, CA  91708


Now Legal
3101 W 2nd St Suite 101
Los Angeles, CA  90026


Pasadena Self Storage
1885 Locust Strre
Pasadena, CA  91107


Raymond C Schreck
Law Office Of Raymond C Schreck
417 S Hill St Suite 1000
Los Angeles, CA  90013


Richard N Piantadosi
Law Office Of Richard N Piantadosi
2609 N Sepulveda Boulevard
Manhattan Beach, CA  90266


Rick Marcus & Goren Marcus Masino
C/O CHAPMAN GLUCKSMAN DEAN
11900 W Olympic Blvd Suite 800
Los Angeles, CA  90064


Ryans Hardwood Flooring
2705 Carnegie Lane
Redondo Beach, CA  90278

Specialty Laboratories
File 51045
Los Angeles, CA  90074


State Bar Of California
180 Howard Street
San Francisco, CA  94105


State of California Franchise Tax B
P O Box 942840
Sacramento, CA  94240


Stephen D Henry MD
2319E Washington Blvd
Pasadena, CA  91104


Suzanne Jacobs
C/O GARRETT & TULLEY
4165 Thousand Oaks Blvd Suite 201
Westlake Village, CA  91362


Swimcon Pool Company Inc
2373 E Washington Blvd
Pasadena, CA  91104


The Gas Company
P O Box C
Monterey Park, CA  91756


The Los Angeles Times
202 1st Street
Los Angeles, CA  90099


Verizon Wireless
PO Box 96088
Bellevue, WA  98009

```
Wendy R Prestholt
C/O FEINBERG MINDEL BRANDT & KLEI
12424 Wilshire Blvd Suite 900
Los Angeles, CA  90025


Wendy R Prestholt
5745 Cloverly Avenue
Temple City, CA  91708


Westcliff Medical Laboratories
PO Box 7153
Pasadena, CA  91109


Westridge School
324 Madeline Drive
Pasadena, CA  91107


Wilshire Credit Corporation
PO Box 8517
Portland, OR  97207
```